UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH

COREY NIEBEL,

    Plaintiff,

-vs-                                  Case No:   5:18-cv-17-TBR

McGINNIS, INC.,

    Defendant.

_____/

## COMPLAINT

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

    1.    Jurisdiction and venue lie in this action, Defendant being subject to jurisdiction in this State.

    2.    At all times material to issues herein, Plaintiff served as a crewmember aboard the vessel M/V 81 Captain John Reynolds, owned, operated or otherwise controlled by American Commercial Barge Line.

    3.    At all times material to issues herein, Defendant owed Plaintiff the duty to exercise reasonable care on his behalf, said obligation being breached in the premises described below.

    4.    On or about July 1, 2017, Plaintiff was in the course of employment building tow handling a wire with a tug boat clutched in on the starboard side, the helper tug boat, owned, operated or otherwise controlled by Defendant, along with Defendant's deckhand thereof, who dropped the wire at the same time the helper boat started moving down the tow, without warning,

notice or otherwise making said erratic movement known to Plaintiff of the erratic dropping whereby Plaintiff suffered injury as a result of said negligence.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

   a. Pain and suffering, past future;

   b. Mortification, humiliation, fright shock and embarrassment;

   c. Loss of earnings and earning capacity;

   d. Hospital, pharmaceutical and other cure expenses;

   e. Aggravation of prior condition, if any there be;

   f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

   g. Mental anguish;

   h. Found;

   i. Maintenance, cure, wages and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN KARAMANIAN

/s/ Dennis M. O'Bryan
DENNIS M. O'BRYAN
Attorneys for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI   48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH

COREY NIEBEL,

    Plaintiff,

-vs-                                    Case No:   5:18-cv-17-TBR

McGINNIS, INC.,

    Defendant.
_____/

## DEMAND FOR TRIAL BY JURY

**NOW COMES** Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                  O'BRYAN BAUN KARAMANIAN

                                  /s/ Dennis M. O'Bryan
                                  DENNIS M. O'BRYAN (P30545)
                                  Attorneys for Plaintiff
                                  401 S. Old Woodward, Suite 463
                                  Birmingham, MI   48009
                                  (248) 258-6262
                                  (248) 258-6047 – fax
                                  dob@obryanlaw.net